FRANK KULBACKI, ADM. *ETC.*, PLAINTIFF-RESPONDENT, v. RICHARD SOBCHINAKY, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Lamb, Langan & Blake* and *Mr. H. Curtis Meanor* for the petitioners.

*Mr. Samuel Kaplan* and *Mr. Seymour Feingold* for the respondent.

March 26, 1962.

VERA CURETON, ADMX., *ETC.*, PETITIONER-PETITIONER, v. JOMA PLUMBING & HEATING CO., RESPONDENT-RESPONDENT.

See same case below: 71 *N. J. Super.* 249.

*Messrs. Roskein, Kronisch, Felzenberg & Mandell* for the petitioner.

*Messrs. Lamb, Langan & Blake* and *Mr. Joseph T. Ryan* for the respondent.

March 26, 1962.